961 F.2d 1565
 Navistar Financial Corporation
v.
White (Robert E.); Navistar Financial Corporation v. White
(Robert E., Shirley E.)
 NOS. 91-1718, 91-1752
 United States Court of Appeals,
First Circuit.
 May 12, 1992
 
 1
 Appeal From: D.Mass.
 
 
 2
 AFFIRMED.
 
 
 3
 Federal Reporter. The First Circuit provides that when
 
 
 4
 opinions are not likely to break new legal ground or
 
 
 5
 contribute otherwise to legal development, they are issued
 
 
 6
 in unpublished form. Unpublished opinions may be cited only
 
 
 7
 in related cases. First Circuit Rules, Rule 36.1 and 36.2,
 
 28 U.S.C.A.)